[Crim. No. 3039. Second Appellate District, Division Two.—November 10, 1937.]

THE PEOPLE, Respondent, v. ALEX MOORE, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, and Bayard Rhone, Deputy Attorney-General, for Respondent.

THE COURT.—This is an appeal from an order denying motion to modify judgment adjudging defendant to be an habitual criminal. The case was set for hearing as required by section 1252 of the Penal Code and notice thereof was duly given. The defendant has not filed any briefs and has failed to appear, and for that reason the judgment will be affirmed as provided in section 1253 of the Penal Code.

Order affirmed.